UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE D. SMITH-HARVEY, | ) |
| Plaintiff, | ) |
| vs. | ) 1:13-cv-00829-SEB-TAB |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

## JUDGMENT

The court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Michelle D. Smith-Harvey is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her application filed on January 29, 2010, is REVERSED AND REMANDED to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. ' 405(g).

Date: 9/25/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Javitt Adili
SOCIAL SECURITY ADMINISTRATION
javitt.adili@ssa.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov