UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHELLE D. SMITH-HARVEY,      )
                                           )
                Plaintiff,       )
                                           )
            vs.               )      1:13-cv-00829-SEB-TAB
                                           )
CAROLYN W. COLVIN,           )
                                         )
                Defendant.   )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on two motions

for attorney fees at Docket Nos. 29 and 35. The parties were afforded due opportunity

pursuant to statute and the rules of this Court to file objections; none were filed. The

Court, having considered the Magistrate Judge's Report and Recommendation, hereby

adopts the Magistrate Judge's Report and Recommendation.


04/06/2015

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana




Distribution:


All ECF-registered counsel of record via email generated by the court's ECF system